IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:03CV150-01-MU

| | |
|---|---|
| JEFFREY K. WITSCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| DANE MASTIN, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon its own motion.

Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on November 11, 2003. On February 20, 2004, Defendants filed a Motion to Dismiss which was denied on February 25, 2005. If either party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order

**Signed: August 30, 2005**

Graham C. Mullen
Chief United States District Judge