# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEFFREY KENT WITSCHER,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:03CV150-1-MU

WILKES COUNTY, WILKES COUNTY
SHERIFF'S DEPARTMENT, DANE MASTIN,
LANDON HUFFMAN, DANIEL, WALTERS,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 7, 2005, Order.

**Signed: December 7, 2005**

Frank G. Johns, Clerk
United States District Court